

**ORIGINAL**

**FILED**

02/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0525

FILED

FEB 28 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 21-0525

SHANELLE J. VAN DYKE, )
    Respondent/Appellant, )   ORDER FOR EXTENSION
    and )   OF TIME FOR APPELLEE'S
                )   RESPONSE BRIEF
DAVID ALLEN WARD, )
    Petitioner/Appellee. ).

David Allen Ward, Petitioner and Appellee, has filed his motion for an additional thirty (30) days, until April 2, 2022, in which to file Appellee's Response Brief in the above-captioned matter.

Michelle Vanisko, counsel for the Respondent/Appellant has been contacted regarding David Ward's motion.

David Ward has not previously moved for an extension in this matter..

It is hereby Ordered that David Ward shall have until April 2, 2022, to file Appellee's Response Brief

DATED this 28 day of FEB , 2022.

_____
Justice

*Order for Extension of Time for Appellee's Response Brief* – Page 1